APPEAL, STAYED, TYPE−D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:10−cv−01362−EGS

| | |
|---|---|
| UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE v. DANIEL CHAPTER ONE et al | Date Filed: 08/13/2010 |
| Assigned to: Judge Emmet G. Sullivan | Jury Demand: None |
| Cause: 15:0045 Federal Trade Commission Act | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE**    represented by    **Jessica R. Gunder**
U.S. DEPARTMENT OF JUSTICE
Office of Consumer Litigation
450 Fifth Street, NW
6400−South
Washington, DC 20001
(202) 532−4719
Email: jessica.r.gunder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DANIEL CHAPTER ONE**    represented by    **William Jeffrey Olson**
WILLIAM J. OLSON, PC
370 Maple Avenue, West
Suite 4
Vienna, VA 22180−5616
(703) 356−5070
Fax: (703) 356−5085
Email: wjo@mindspring.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert W. Titus**
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180−5615
(703−356−5070
Fax: 757−467−0834
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAMES FEIJO**    represented by    **William Jeffrey Olson**
*individually, and as an officer of Daniel*    (See above for address)

*Chapter One*                  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert W. Titus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/13/2010 | 1 | | COMPLAINT against DANIEL CHAPTER ONE, JAMES FEIJO (Filing fee $ 0.00) filed by UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 08/16/2010) |
| 08/13/2010 | | | SUMMONS Not Issued as to DANIEL CHAPTER ONE, JAMES FEIJO (jf, ) (Entered: 08/16/2010) |
| 08/13/2010 | 2 | | MOTION for Preliminary Injunction by UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE (Attachments: # 1 Memorandum in Support, # 2 Declaration of William A. Burton, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Text of Proposed Order)(jf, ) (Entered: 08/16/2010) |
| 08/16/2010 | | | Summons Issued (2) as to DANIEL CHAPTER ONE, JAMES FEIJO. (mmh) (Entered: 08/16/2010) |
| 08/16/2010 | | | MINUTE ORDER. The Court, sua sponte, schedules a status hearing for August 17, 2010 at 12:30 p.m. in Courtroom 24A. Signed by Judge Emmet G. Sullivan on August 16, 2010. (lcegs1) (Entered: 08/16/2010) |
| 08/17/2010 | | | Set/Reset Hearings: Status Conference set for 8/17/2010 12:30 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 08/17/2010) |
| 08/17/2010 | | | Minute Entry for proceedings held before Judge Emmet G. Sullivan: Status Conference held on 8/17/2010. Order to be presented. (Court Reporter CATALINA KERR.) (clv, ) (Entered: 08/17/2010) |
| 08/18/2010 | | | MINUTE ORDER. Pursuant to the status hearing held on August 17, 2010, the parties are hereby directed to comply with the following briefing schedule: plaintiff shall file a revised motion for preliminary injunction by no later than August 25, 2010; defendants shall file their response by no later than September 1, 2010; and plaintiff shall file its reply by no later than September 8, 2010. A hearing on plaintiff's motion for preliminary injunction will be held on September 14, 2010 at 11:00 a.m. in Courtroom 24A. In addition, in its revised motion for preliminary injunction, plaintiff is directed to address: (i) this Court's authority to grant injunctive relief enforcing an administrative |

| | | | |
|---|---|---|---|
| | | | order while the lawfulness of the administrative order is currently on appeal to the United States Court of Appeals for the District of Columbia Circuit; (ii) the scope of this Court's review in assessing the likelihood of success on the merits; and (iii) whether it is appropriate for the Court to review the administrative record in resolving plaintiff's motion for injunctive relief. Signed by Judge Emmet G. Sullivan on August 18, 2010. (lcegs1) (Entered: 08/18/2010) |
| 08/18/2010 | | | Set/Reset Deadlines/Hearings: Plaintiff's revised Motion for preliminary injunction due by 8/25/2010; Responses due by 9/1/2010; Replies due by 9/8/2010. Preliminary Injunction Hearing set for 9/14/2010 11:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 08/18/2010) |
| 08/25/2010 | 3 | | Amended MOTION for Preliminary Injunction by UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE (Attachments: #1 Memorandum in Support, #2 Text of Proposed Order, #3 Declaration, #4 Exhibit A − Modified Final Order, #5 Exhibit B − Commission Order Denying Stay, #6 Exhibit C − D.C. Circuit Order Denying Stay, #7 Exhibit D − DC1 Letter to Customers, #8 Exhibit E − DC1 Compliance Report, #9 Exhibit F − Fax from Counsel for, #10 Exhibit G − 5.27.10 Transcript, #11 Exhibit H − 5.28.10 Transcript, #12 Exhibit I − Forum, #13 Exhibit J − Guide Book)(Gunder, Jessica) (Entered: 08/25/2010) |
| 09/01/2010 | 4 | | MOTION to Dismiss by DANIEL CHAPTER ONE, JAMES FEIJO (Attachments: #1 Exhibit USCA Briefing Order, #2 Text of Proposed Order Proposed Order)(Olson, William) (Entered: 09/01/2010) |
| 09/01/2010 | 5 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DANIEL CHAPTER ONE, JAMES FEIJO (Olson, William) (Main Document 5 replaced on 9/2/2010) (znmw, ). (Entered: 09/01/2010) |
| 09/01/2010 | 6 | | Consent MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Herbert W. Titus, :Firm− William J. Olson, P.C., :Address− 370 Maple Ave. W., Ste. 4, Vienna, VA 22180−5615. Phone No. − 703−356−5070. Fax No. − 703−356−5085 by DANIEL CHAPTER ONE, JAMES FEIJO (Attachments: #1 Declaration of Herbert W. Titus, #2 Text of Proposed Order)(Olson, William) (Entered: 09/01/2010) |
| 09/01/2010 | 7 | | Memorandum in opposition to re 3 Amended MOTION for Preliminary Injunction filed by DANIEL CHAPTER ONE, JAMES FEIJO. (Attachments: #1 Exhibit 1, Declaration of James Feijo, #2 Exhibit 2, Declaration of Patricia Feijo, #3 Exhibit 3, Brief of Petitioners, #4 Exhibit 4, Delcaration of Tedd Koren, #5 Exhibit 5, Declaration of Sally LaMont, #6 Exhibit 6, Declaration of James A. Duke, #7 Exhibit 7, Declaration of Karen S. Orr, #8 Exhibit 8, Declaration of Deane Mink, #9 Text of Proposed Order)(Olson, William) (Entered: 09/01/2010) |

| Date | Doc # | Pages | Description |
|---|---|---|---|
| 09/02/2010 | | | MINUTE ORDER granting 6 Motion for Leave to Appear Pro Hac Vice. Herbert W. Titus is admitted pro hac vice in this action. Signed by Judge Emmet G. Sullivan on September 2, 2010. (lcegs1) (Entered: 09/02/2010) |
| 09/03/2010 | | | MINUTE ORDER. The government is directed to respond to 4 defendant's motion to dismiss by no later than September 8, 2010 at 6:00 p.m. Defendants shall file their reply by no later than September 10, 2010 at 6:00 p.m. Signed by Judge Emmet G. Sullivan on September 3, 2010. (lcegs1) (Entered: 09/03/2010) |
| 09/07/2010 | | | Set/Reset Deadlines: Response to Dispositive Motions due by 6:00 p.m. on 9/8/2010. Reply to Dispositive Motions due by 6:00 p.m. on 9/10/2010. (clv, ) (Entered: 09/07/2010) |
| 09/08/2010 | 8 | | Memorandum in opposition to re 4 MOTION to Dismiss filed by UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE. (Gunder, Jessica) (Entered: 09/08/2010) |
| 09/08/2010 | 9 | | REPLY to opposition to motion re 3 Amended MOTION for Preliminary Injunction filed by UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit Feijo Declaration 8.31.10, # 2 Exhibit Feijo Declaration 2.23.10)(Gunder, Jessica) (Entered: 09/08/2010) |
| 09/10/2010 | 10 | | REPLY to opposition to motion re 4 MOTION to Dismiss filed by DANIEL CHAPTER ONE, JAMES FEIJO. (Olson, William) (Entered: 09/10/2010) |
| 09/14/2010 | | | Minute Entry for proceedings held before Judge Emmet G. Sullivan: Motion Hearing held on 9/14/2010 regarding 2 and 3 MOTIONS for Preliminary Injunction; 4 MOTION to Dismiss; Motions heard and taken under advisement. Order to be presented. (Court Reporter CATALINA KERR.) (clv, ) (Entered: 09/14/2010) |
| 09/14/2010 | 11 | 8 | ORDER denying 3 the government's motion for preliminary injunction, denying 4 defendants' motion to dismiss, and staying the case pending resolution of defendants' pending appeal before the United States Court of Appeals for the District of Columbia Circuit. Signed by Judge Emmet G. Sullivan on September 14, 2010. (lcegs1) (Entered: 09/14/2010) |
| 09/14/2010 | | | Case Stayed (clv, ) (Entered: 09/14/2010) |
| 11/12/2010 | 12 | 5 | NOTICE OF APPEAL as to 11 Order on Motion for Preliminary Injunction, Order on Motion to Dismiss by UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE. Filing fee $ 0.00. Fee Status: No Fee Paid. Parties have been notified. (rdj) (Entered: 11/12/2010) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CHAPTER ONE,<br><br>and<br><br>JAMES FEIJO,<br><br>Defendants. | Civil No. 1:10CV01362 EGS |

## NOTICE OF APPEAL

Notice is hereby given this 12th day of November, 2010, that the United States of America hereby appeals to the United States Court of Appeals for the District of Columbia from the Order entered in this case on September 14, 2010.

Dated: November 12, 2010

Respectfully submitted,

Of Counsel:

WILLARD TOM
General Counsel

JAMES A. KOHM
Associate Director for Enforcement

LAURA DEMARTINO
Assistant Director for Enforcement

KRISTIN M. WILLIAMS

FOR THE UNITED STATES OF AMERICA

TONY WEST
Assistant Attorney General
Civil Division
U.S. Department of Justice

EUGENE M. THIROLF
Director, Office of Consumer Litigation

KENNETH L. JOST
Deputy Director, Office of Consumer Litigation

RECEIVED
NOV 1 2 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Attorney, Division of Enforcement

Federal Trade Commission

/s/ Jessica R. Gunder
JESSICA R. GUNDER
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I certify that on November 12, 2010, I caused a true and correct copy of the above-entitled **NOTICE OF APPEAL**, to be served via electronic mail and the Court's Electronic Case Filing system to counsel for the defendants as follows:

Herbert W. Titus
William J. Olson
John S. Miles
Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue W., Ste. 4
Vienna, VA 22180-5615
Telephone: (703) 356-5070
Fax: (703) 356-5085
E-mail: wjo@mindspring.com

*counsel for defendants*

_____
JESSICA R. GUNDER

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>) Civil Action No. 10-1362(EGS)<br>v.  )<br>)<br>DANIEL CHAPTER ONE,  )<br>)<br>and  )<br>)<br>JAMES FEIJO,  )<br>)<br>Defendants.  )<br>) | |

**ORDER**

Pending before the Court is the government's motion for preliminary injunction and defendants' motion to dismiss. In its motion, the government asks the Court to enjoin defendants from violating the final cease and desist order issued by the Federal Trade Commission on January 25, 2010 (the "Order"), including "(1) prohibiting defendants from continuing to make representations in violation of Part II of the Order on their radio show, online forum, Facebook page, and other websites, (2) requiring defendants to remove audio recordings of their radio show and any written representations that violate Part II of the Order, along with any links to the Guide Book from their online forum, Facebook page, and other websites, and (3) requiring defendants to send the notice detailed in Part V.B of the Order [to its customers]." Pl.'s Revised Mot. for Prelim. Inj. at 25.

Defendants oppose the government's request for a preliminary injunction and further argue that this case must be dismissed for lack of subject matter jurisdiction because an appeal challenging the legality and constitutionality of the Order is currently pending before the United States Court of Appeals for the District of Columbia Circuit.

Upon consideration of the motions, the responses and replies thereto, the applicable law, the entire record, the arguments of counsel made during the motions hearing held on September 14, 2010, and for the reasons stated on the record during the September 14, 2010 hearing, it is by the Court hereby

**ORDERED** that the government's motion for a preliminary injunction enjoining defendants from violating the Commission's Order is **DENIED** for lack of subject matter jurisdiction, *see* 15 U.S.C. § 45(d) ("Upon the filing of the record with it the jurisdiction of the [circuit] court of appeals of the United States to affirm, enforce, modify, or set aside orders of the Commission shall be exclusive."); and it is

**FURTHER ORDERED** that defendants' motion to dismiss is **DENIED**, *see* 15 U.S.C. § 45(l) (permitting the Attorney General of the United States to file an action to recover civil penalties against "[a]ny person, partnership, or corporation who violates an order of the Commission after it has become final, and while such order is in effect"); *see also United States v. Standard*

*Educ. Soc'y*, 55 F. Supp. 189, 193 (N.D. Ill. 1943) ("The Circuit Court of Appeals is vested with exclusive jurisdiction to enforce the Commission's cease and desist orders under Section 5(d), but that court has no jurisdiction over penalty suits. . . . Continuance of the enforcement proceedings in the Circuit Court of Appeals appears to be no bar to the commencement of a penalty suit, if, prior to the commencement of the suit, the Commission's order . . . has become final . . . ."); and it is

**FURTHER ORDERED** that this case is **STAYED** pending resolution of defendants' pending appeal before the United States Court of Appeals for the District of Columbia Circuit (Case No. 10-1064).

**SO ORDERED.**

**Signed:     Emmet G. Sullivan**
**United States District Judge**
**September 14, 2010**