**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 10-1362 (EGS) |
| v. | ) |
| | ) |
| DANIEL CHAPTER ONE, | ) |
| | ) |
| and | ) |
| | ) |
| JAMES FEIJO, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

In accordance with the Memorandum Opinion issued on this same day, it is hereby

**ORDERED** that plaintiff's motion for a preliminary injunction is **GRANTED**; and it is

**FURTHER ORDERED** that defendants are hereby **ENJOINED** to obey forthwith the Modified Final Order of the Federal Trade Commission issued on January 25, 2010, in Docket No. 9329, *In the Matter of Daniel Chapter One and James Feijo*, *see* Pl.'s Ex. A at Docket No. 16-5; and it is

**FURTHER ORDERED** that by no later than July 14, 2011, defendants shall submit a compliance report via overnight mail to:

```
     Director
     Office of Consumer Litigation
     United States Department of Justice
     Liberty Square Building, Room 6400
     450 Fifth Street, NW
     Washington, DC 20001
```

This report shall detail all steps taken by defendants to ensure

their compliance with the Modified Final Order; and it is

     **FURTHER ORDERED** that the parties shall submit a revised

joint status report, including a recommendation for further

proceedings, by no later than July 20, 2011.  In the event that

counsel are unable to agree on a joint recommendation, each party

shall file an individual recommendation by that time.


     **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
          **United States District Judge**
          **June 22, 2011**