UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.  1:10CV01362 EGS |
| Plaintiff, | ) |  |
| v. | ) |  |
| DANIEL CHAPTER ONE, | ) |  |
| and | ) |  |
| JAMES FEIJO, | ) |  |
| Defendants, | ) |  |
| and | ) |  |
| PATRICIA FEIJO, | ) |  |
| Contempt Defendant. | ) |  |

**UNITED STATES' MOTION FOR ORDER TO SHOW CAUSE WHY
DANIEL CHAPTER ONE, JAMES FEIJO, AND PATRICIA FEIJO
SHOULD NOT BE HELD IN CONTEMPT**

The United States of America respectfully requests that this Court enter an order setting a hearing for Daniel Chapter One, James Feijo, and Patricia Feijo to show cause, if any, why they should not be found in civil contempt of the Court's Order entered on June 22, 2011 (Doc. #31). Should the Court find that they have violated the Order, the Court should impose compensatory civil sanctions by ordering that Daniel Chapter One, James Feijo, and Patricia Feijo pay

Plaintiff's attorney's fees and impose a coercive civil sanction of an escalating monetary penalty that converts to imprisonment until the Contemnors purge the contempt.

Respectfully submitted this 29th day of June, 2011.

| Of Counsel: | FOR THE UNITED STATES OF AMERICA |
|---|---|
| WILLARD TOM<br>General Counsel | TONY WEST<br>Assistant Attorney General<br>Civil Division |
| JAMES A. KOHM<br>Associate Director for Enforcement | U.S. Department of Justice |
| LAURA DEMARTINO<br>Assistant Director for Enforcement | MAAME EWUSI-MENSAH FRIMPONG<br>Acting Deputy Assistant Attorney General |
| KRISTIN M. WILLIAMS<br>Attorney, Division of Enforcement | KENNETH L. JOST<br>Acting Director,<br>Office of Consumer Protection Litigation |
| Federal Trade Commission | s/ JESSICA R. GUNDER<br>JESSICA R. GUNDER<br>Trial Attorney<br>Office of Consumer Protection Litigation<br>U.S. Department of Justice |

## CERTIFICATE OF SERVICE

I certify that on June 29, 2011, I caused a true and correct copy of the above-entitled **UNITED STATES' MOTION FOR ORDER TO SHOW CAUSE WHY DANIEL CHAPTER ONE, JAMES FEIJO, AND PATRICIA FEIJO SHOULD NOT BE HELD IN CONTEMPT**, to be served via the Court's Electronic Case Filing System to counsel for the Defendants as follows:

> Robert M. Sanger
> 125 East De La Guerra Street
> Suite 102
> Santa Barbara, CA 93101
> Telephone: (805) 962-4887
> Fax: (805) 963-7311
> E-mail: lawyers@sangerswysen.com
>
> *counsel for contemnors*

                                                 s/ JESSICA R. GUNDER
                                                 JESSICA R. GUNDER
                                                 Office of Consumer Protection Litigation